SEAL

1  LAWRENCE G. BROWN
   United States Attorney
2  CAROLYN K. DELANEY
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2798

**FILED**

AUG 13 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


2:09-CR-0348 FCD

UNITED STATES OF AMERICA,       )   CR. NO.
                                )
          Plaintiff,            )   ORDER TO SEAL
     v.                         )   (UNDER SEAL)
                                )
MICHAEL HAMILTON, JR.,          )
                                )
          Defendant.            )
_____)

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney Carolyn K. Delaney to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendant or until further order of the Court.

DATED: 8/13/09

_____
DALE A. DROZD
United States Magistrate Judge

1