FILED
August 26, 2009
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> MICHAEL L HAMILTON, JR., ) <br> ) <br> Defendant. ) | Case No. CR. S-09-0348 FCD <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release MICHAEL L HAMILTON, JR., Case No. CR. S-09-0348 FCD, Charge Title 18 USC § 2252, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    X Bail Posted in the Sum of $ 50,000.00

    X Unsecured Appearance Bond

    __ Appearance Bond with 10% Deposit

    __ Appearance Bond with Surety

    __ Corporate Surety Bail Bond

    X (Other) Pretrial Services Supervision of Conditions of Release

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on August 26, 2009 at 2:35 pm.

By /s/ Dale A. Drozd
Dale A. Drozd
United States Magistrate Judge