| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424 |
| | Federal Defender |
| 2 | Lexi Negin, Bar #250376 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd. Floor |
| | Sacramento, California 95814 |
| 4 | Telephone: (916) 498-5700 |
| 5 | Attorney for Defendant |
| | MICHAEL L. HAMILTON, JR. |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,            )   CASE NO. CR. S-09-348 FCD
                                     )
              Plaintiff,             )
                                     )   STIPULATION AND ORDER TO CONTINUE
    v.                               )   STATUS HEARING AND TO EXCLUDE TIME
                                     )   PURSUANT TO THE SPEEDY TRIAL ACT
MICHAEL L. HAMILTON, JR,             )
                                     )
              Defendant.             )
                                     )
_____)

This case is currently scheduled for a status hearing on September 21, 2009. The attorneys for both parties have conferred and agree that additional time is needed for defense preparation and meetings between the parties with the goal being to resolve the case by way of a disposition.

The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for September 21, 2009, be continued until October 19, 2009, at 10:00 a.m. In addition, the parties stipulate that the time period from September 21, 2009, to October 19, 2009, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare.

///

///

DATED: September 16, 2009

Respectfully submitted,

| | |
|---|---|
| LAWRENCE G. BROWN | DANIEL BRODERICK |
| United States Attorney | Federal Defender |
| | |
| */s/ Lexi Negin for* | */s/ Lexi Negin* |
| CAROLYN K. DELANEY | LEXI NEGIN |
| Executive Assistant U.S. Attorney | Assistant Federal Defender |
| Attorney for United States | Attorney for Michael L. Hamilton, Jr. |

**IT IS SO ORDERED.**

DATED: September 16, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE