IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR-S-09-348 FCD |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER CONTINUING STATUS HEARING |
| | ) | AND EXCLUDING TIME PURSUANT TO THE |
| | ) | SPEEDY TRIAL ACT |
| MICHAEL L. HAMILTON, JR., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

For the reasons set forth in the stipulation of the parties, filed on October 16, 2009, IT IS HEREBY ORDERED that the status conference currently scheduled for October 19, 2009, be vacated and that the case be set for **Monday, December 7, 2009, at 10:00 a.m.** The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' October 16, 2009 stipulation, the time under the Speedy Trial Act is excluded from October 19, 2009, through December 7, 2009, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: October 16, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

1