| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424 |
| | Federal Defender |
| 2 | Lexi Negin, Bar #250376 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd. Floor |
| | Sacramento, California 95814 |
| 4 | Telephone: (916) 498-5700 |
| 5 | Attorney for Defendant |
| | MICHAEL L. HAMILTON, JR. |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR-S-09-348 FCD |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER TO CONTINUE |
| v. | ) | STATUS HEARING AND TO EXCLUDE TIME |
| | ) | PURSUANT TO THE SPEEDY TRIAL ACT |
| MICHAEL L. HAMILTON, JR, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

This case is currently scheduled for a status hearing on January 25, 2010. The attorneys for both parties have conferred and agree that additional time is needed for defense preparation and meetings between the parties with the goal being to resolve the case by way of a disposition.

The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for January 25, 2010, be continued until February 22, 2010, at 10:00 a.m.. In addition, the parties stipulate that the time period from January 25, 2010, to February 22, 2010, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare.

///

///

///

DATED: January 22, 2010

               Respectfully submitted,

| | |
|---|---|
| BENJAMIN B. WAGNER | DANIEL BRODERICK |
| United States Attorney | Federal Defender |
| */s/ Lexi Negin for* | */s/ Lexi Negin* |
| CAROLYN K. DELANEY | LEXI NEGIN |
| Executive Assistant U.S. Attorney | Assistant Federal Defender |
| Attorney for United States | Attorney for Michael L. Hamilton, Jr. |

**IT IS SO ORDERED.**

DATED: January 22, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE