DANIEL J. BRODERICK, Bar #89424
Federal Defender
Lexi Negin, Bar #250376
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MICHAEL L. HAMILTON, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR. S-09-348 FCD |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| MICHAEL L. HAMILTON, JR, | |
| Defendant. | |

This case is currently scheduled for a status hearing on April 26, 2010. The attorneys for both parties have conferred and agree that additional time is needed for defense preparation and meetings between the parties with the goal being to resolve the case by way of a disposition.

The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for April 26, 2010, be continued until May 10, 2010, at 10:00 a.m. In addition, the parties stipulate that the time period from April 26, 2010, to May 10, 2010, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare.

///

///

///

1

DATED: April 21, 2010

                Respectfully submitted,

| | |
|---|---|
| BENJAMIN B. WAGNER | DANIEL BRODERICK |
| United States Attorney | Federal Defender |
| | |
| */s/ Lexi Negin for* | */s/ Lexi Negin* |
| CAROLYN K. DELANEY | LEXI NEGIN |
| 1st Assistant U.S. Attorney | Assistant Federal Defender |
| Attorney for United States | Attorney for Michael L. Hamilton, Jr. |

**IT IS SO ORDERED.**

DATED: April 21, 2010

                                  FRANK C. DAMRELL, JR.
                                  UNITED STATES DISTRICT JUDGE